UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL HERRERA TORRES, <br><br> Petitioner, <br><br> v. <br><br> WARDEN OF CHROME SPC, *et al.*, <br><br> Respondents. | Case No.   1:26-cv-05129 (EJD) <br><br> **ORDER APPOINTING COUNSEL AND SETTING REPLY DEADLINE** <br><br> Re: Dkt. No. 9 |

The Court finds that this case would benefit from the appointment of counsel. *See* 18 U.S.C. § 3006A(a)(2)(B). Within seven (7) calendar days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information via email to julia_thomas@CAND.uscourts.gov. If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as *Pro Hac Vice* CJA counsel for Petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1). If counsel is not admitted to practice before the Eastern District of California court, pursuant to 18 U.S.C. §§ 3005 and 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, the Court hereby authorizes said counsel's *Pro Hac Vice* admission to practice before this court for the duration of the proceedings, *nunc pro tunc* to the date the appointing authority first contacted counsel about this appointment. The Clerk of the Court SHALL SERVE a copy of this Order on the Federal Defender, Attention: Habeas Appointment. The Clerk shall also serve a copy of the Petition upon the Federal Defender.

Respondents are prohibited from deporting the Petitioner or removing him from the

Case No.: 1:26-cv-05129-EJD

1

Eastern District of California while the Petition is pending. **Petitioner shall file a reply on or before <u>July 17, 2026</u>.**

      **IT IS SO ORDERED.**

Dated: July 6, 2026

                                          EDWARD J. DAVILA
United States District Judge

United States District Court
Eastern District of California

Case No.: 1:26-cv-05129-EJD